UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

MONROE DIVISION

| | |
|---|---|
| DAVID BELLARD | CIVIL ACTION NO. 3:16-00519 |
| VERSUS | SECTION P |
| | JUDGE ROBERT G. JAMES |
| TIMOTHY DUCOTE, ET AL. | MAGISTRATE JUDGE HAYES |

### J U D G M E N T

For the reasons contained in the Report and Recommendation of the Magistrate Judge filed previously herein, noting the absence of objections thereto, and concurring with the Magistrate Judge's findings under the applicable law,

**IT IS ORDERED, ADJUDGED AND DECREED** that Plaintiff's civil rights Complaint be **DISMISSED** pursuant to the provisions of Fed. R. Civ. P. 41(b).

**MONROE, LOUISIANA,** this 14th day of December, 2016.

_____
ROBERT G. JAMES
UNITED STATES DISTRICT JUDGE